# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KARA WALKER,

    Plaintiff(s),

v.

GEICO CASUALTY COMPANY,

    Defendant(s).

Case No.: 2:19-cv-00909-KJD-NJK

**ORDER**

    Pending before the Court is the parties' discovery plan. Docket No. 13. The Court **SETS** a scheduling conference for 10:00 a.m. on August 8, 2019, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: July 22, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge

1